UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CITIZENS AWARENESS NETWORK, INC., <br> Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA AND UNITED STATES NUCLEAR REGULATORY COMMISSION, <br> Defendants | Civil Action No. 04-30114-MAP <br><br> Judge Michael A. Ponser |

# MOTION FOR ADMISSION OF JONATHAN M. BLOCK, ESQ., PRO HAC VICE

This court should admit attorney Jonathan M. Block, Esq., of Putney, Vermont, to practice for the purpose of the above captioned matter. Mr. Block is admitted to practice in all courts in the state of Vermont, the United States Supreme Court, the United States Courts of Appeals for the District of Columbia, First, Second and Ninth Circuits, the Federal District Court for the District of Vermont, and he has previously been admitted to practice before this court. *See* Certification of Jonathan M. Block Supporting Admission to this Court Pro Hac Vice, attached hereto. Attorney Block has been pursuing this action in the agency below on behalf of his client Citizens Awareness Network, Inc. He is familiar with the issues and can best represent the interests of his client in this matter. He will

1

also be co-counseled by Robert L. Quinn, Esq., movant, an attorney in good standing before the bar of this court.

Wherefore, this court should admit Attorney Block to represent his client in this matter pro hac vice.

BY: Citizens Awareness Network, Inc.

Robert L. Quinn, Esq.
Egan, Flanagan and Cohen, P.C
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CITIZENS AWARENESS NETWORK, INC., <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA AND UNITED STATES NUCLEAR REGULATORY COMMISSION, <br><br> Defendants | Civil Action No. _____ <br><br><br> Judge Michael A. Ponser |

## CERTIFICATION OF ATTORNEY JONATHAN MARK BLOCK SUPPORTING ADMISSION PRO HAC VICE

I, Jonathan Mark Block, certify the following to be true and correct:

1. My name is Jonathan Mark Block.

2. I am an attorney admitted to practice before the Supreme Court of the United States (1995), the United States Court of Appeal for the D.C. Circuit (1995), First Circuit (1994), Ninth Circuit (1994), Second Circuit (1994), United States District Court for the District of Vermont (1991), and the Vermont Supreme Court (1991).

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and have appeared before this court *pro hac vice* in *Citizens Awareness Network, Inc. v. United States Nuclear Regulatory Commission*, Civ. A. No. 94-30071-MAP (May 20, 1994).

1

6. This certification accompanies the motion of Robert L. Quinn, Esq., an attorney in good standing admitted to practice before this court, supporting my admission to practice in the above captioned matter *pro hac vice*. Attorney Quinn will serve as co-counsel in this matter.

I certify that the above is true and correct to the best of my knowledge and belief.

*/s/ Jonathan Mark Block*
Jonathan Mark Block
Co-Counsel for Citizens Awareness Network, Inc.
First Circuit Bar No. 30343
94 Main Street
P.O. Box 566
Putney, VT 053460-0566
(802) 387-2646

2