AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

A MOTION TO APPEAR PRO HAC VICE WAS ALLOWED ON 6/16 2004 PLEASE FILE THE [illegible] APPEARANCE WITHIN [illegible]

DISTRICT OF MASSACHUSETTS

Citizens Awareness Network, Inc

v.

United States of America, et al.

APPEARANCE

Case Number: 04-30114-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Citizens Awareness Network, Inc.

I certify that I am admitted to practice in this court, per Order of Judge Michael A. Ponsor in the above captioned matter, entered 6/16/2004.

6/18/2004
Date

Signature

Jonathan M. Block   First Circuit Bar # 30343
Print Name                          Bar Number

94 Main Street; P.O. Box 566
Address

Putney    VT    05346
City      State  Zip Code

(802) 387-2646    -2667
Phone Number      Fax Number

email: jonb@sover.net