## Before the
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

Citizens Awareness Network, Inc.,
                        *Plaintiff*
              -v.-
United States of America
           and
United States Nuclear Regulatory Commission
                        *Defendants*

Case Number 04-30114-MAP

Judge Michael A. Ponser

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Citizens Awareness Network, Inc.[CAN], hereby discloses that it is a non-profit, public interest organization incorporated under the laws of the Commonwealth of Massachusetts. It has no subsidiaries, but does have members and chapters throughout the Commonwealth of Massachusetts as well as Connecticut, Maine, New Hampshire, New York, and Vermont. CAN has no parent company or subsidiaries and neither holds nor issues stock.

DATED this 24th day of June 2004 at Putney, Vermont.

Respectfully submitted:

Jonathan M. Block
Co-counsel for Plaintiff
Court of Appeals Bar Number 30343
94 Main Street, P.O. Box 566
Putney, VT 05346-0566
(802) 387-2646

cc:    Service List