UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
[CLERK'S OFFICE]

[date stamp illegible]

U.S. DISTRICT COURT
DISTRICT OF MASS.

**CITIZENS AWARENESS NETWORK, INC.,**
*Plaintiff*

v.

**UNITED STATES OF AMERICA**
AND
**UNITED STATES NUCLEAR REGULATORY COMMISSION,**
*Defendants*

Civil Action 04-30114 MAP

Judge Michael A. Ponser

I, Jonathan M. Block, co-counsel for plaintiff in this case, certify that on June 24, 2004 a true copy of a Notice of Appearance and Corporate Disclosure Statement was served upon the parties listed below by placing it in the U.S. mail, postage pre-paid First Class:

For Defendant United States of America:
John Ashcroft, Esq.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
    and
Michael J. Sullivan, Esq. (or Assistant)
United States Attorney
c/o 1550 Main Street
U.S. Courthouse, Room 310
Springfield, MA 01103

For Defendant U.S. Nuclear Regulatory Commission:
General Counsel Karen Cyr
United States Nuclear Regulatory Commission
Washington, D.C. 20555-0001

Co-counsel for Citizens Awareness Network:
Robert L. Quinn, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
Post Office Box 9035
Springfield, MA 01102-9035

Executed June 24, 2004:

BY: *[signature: Jonathan M. Block]*

Jonathan M. Block
First Circuit Bar No. 30343
94 Main Street
P.O. Box 566
Putney, VT 05346
(802) 387-2646 (voice)
(802)-387-2667 (fax)
jonb@sover.net