```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

CITIZENS AWARENESS              )
NETWORK, INC.,                  )
         Plaintiff,             )
                                )
     v.                         ) No. 04cv30114-MAP
                                )
UNITED STATES OF AMERICA,       )
UNITED STATES NUCLEAR           )
REGULATORY COMMISSION,          )
         Defendant.             )
```

UNITED STATES MOTION FOR EXTENSION OF TIME
(Assented to)

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by two weeks the deadline for responding to the complaint for the reason that the Nuclear Regulatory Commission is sending the plaintiff a document which may affect the disposition of the case. In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certified that she conferred with the plaintiff's counsel, Jonathan Block, and he assents to this motion.

WHEREFORE, the defendant requests that the deadline for responding to the complaint be extended to August 9, 2004.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Karen L. Goodwin
                              KAREN L. GOODWIN
                              Assistant U.S. Attorney
                              1550 Main Street, Room 310
                              Springfield, MA 01103-1422
DATED: July 23, 2004          (413) 785-0269
```

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Jonathan M. Block, Esquire
        94 Main Street
        P.O. Box 566
        Putney, VT 05346-0566

        Robert L. Quinn, Esquire
        Egan, Flanagan and Cohen, P.C.
        67 Market Street
        P.O. Box 9035
        Springfield, MA 01102-9035

    This 23rd day of July, 2004.

                                  /s/Karen L. Goodwin
                            KAREN L. GOODWIN
                            ASSISTANT UNITED STATES ATTORNEY