UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CITIZENS AWARENESS                )
NETWORK, INC.,                    )
                Plaintiff,        )
                                  )
    v.                            ) No. 04cv30114-MAP
                                  )
UNITED STATES OF AMERICA,         )
UNITED STATES NUCLEAR             )
REGULATORY COMMISSION,            )
                Defendant.        )

## MOTION TO DISMISS

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to dismiss the plaintiff's complaint as moot.  A supporting memorandum is attached.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certified that she conferred with the plaintiff's counsel, Jonathan Block, but could not resolve the issues raised by this motion.

WHEREFORE, the defendant requests that the court dismiss the complaint.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED:  August 9, 2004

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Jonathan M. Block, Esquire
        94 Main Street
        P.O. Box 566
        Putney, VT 05346-0566

        Robert L. Quinn, Esquire
        Egan, Flanagan and Cohen, P.C.
        67 Market Street
        P.O. Box 9035
        Springfield, MA 01102-9035

This 9th day of August, 2004.

                           KAREN L. GOODWIN
                           ASSISTANT UNITED STATES ATTORNEY