```
                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

CITIZENS AWARENESS              )
NETWORK, INC.,                  )
          Plaintiff,            )
                                )
     v.                         ) No. 04cv30114-MAP
                                )
UNITED STATES OF AMERICA,       )
UNITED STATES NUCLEAR           )
REGULATORY COMMISSION,          )
          Defendant.            )
```

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The defendants, the United States of America and the United States Nuclear Regulatory Commission, by their attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, move for leave to file a reply memorandum in support of their motion to dismiss. The defendants believe that a reply is necessary to address issues raised by the plaintiff's opposition memorandum. The defendants propose to file the reply by August 31, 2004.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she consulted with the plaintiff's counsel and he does not assent to the filing of this reply.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:   /s/Karen L. Goodwin
                                    KAREN L. GOODWIN
                                    Assistant U.S. Attorney
                                    1550 Main Street, Room 310
                                    Springfield, MA 01103-1422
DATED: August 25, 2004             (413) 785-0269

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Jonathan M. Block, Esquire
        94 Main Street
        P.O. Box 566
        Putney, VT 05346-0566

        Robert L. Quinn, Esquire
        Egan, Flanagan and Cohen, P.C.
        67 Market Street
        P.O. Box 9035
        Springfield, MA 01102-9035

    This 25th day of August, 2004.

                      /s/Karen Goodwin
                      Karen L. Goodwin

```
                                        KAREN L. GOODWIN
                              ASSISTANT UNITED STATES ATTORNEY
```