UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CITIZENS AWARENESS**
                    Plaintiff                    CIVIL / CRIMINAL

                                                 CASE NO. 04-30114
                V.
**UNITED STATES OF AMERICA**
                    Defendant

NOTICE

**PONSOR**
_____ D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO DISMISS  on  OCTOBER 13, 2004  at  3:00 P.M.

before Judge   PONSOR   in Courtroom #  1  on the

 5th   floor.

                                                 TONY ANASTAS,
                                                 CLERK OF COURT

9/3/04                                           Elizabeth A. French
_____                    By:          _____
     Date                                        Deputy Clerk

Notice mailed to:

All counsel of record