# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CITIZENS AWARENESS NETWORK INC.,

  Plaintiff

      v.                    CIVIL ACTION NO. 3: 04-30114-MAP

UNITED STATES OF AMERICA, ET AL,

  Defendants

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal entered in favor of the defendants United States of America, et al., the court having granted their motion to dismiss.

                                          TONY ANASTAS,
                                          CLERK OF COURT

Dated: October 14, 2004                   By /s/ *Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment2.wpd - 11/98)                                                                                 [jgm.]